■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CARL SHOFFNER, Respondent.—Order of the Supreme Court, Queens County, dated

January 26, 1978, as amended, affirmed (see *People v Percy,* 45 AD2d 284, affd 38 NY2d 806). Hopkins, J. P., Suozzi, Gulotta and Cohalan, JJ., concur.